**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SECEL ROMERIOUS MONTGOMERY, SR.** ) <br> ) <br>        **Petitioner,** ) <br> ) <br>        **v.** ) <br> ) <br> **JOHN MARSHALL, Warden,** ) <br> ) <br>        **Respondent.** ) <br>_____) | NO. CV 08-6642-RGK(CT) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: May 13, 2009

*/s/ Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE